# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Stanley Scott,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-01155-PHX DGC<br><br>**ORDER** |
| Falene Sebandal,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-02211-PHX DGC<br><br>**ORDER** |
| David Shackleford,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV15-01741-PHX DGC<br><br>**ORDER** |
| Kimberlea Shelton,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV16-03719-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Louis Sherwin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-03962-PHX DGC<br><br>**ORDER** |
| James Shetley,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-01294-PHX DGC<br><br>**ORDER** |
| Richard Shoemaker,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-04673-PHX DGC<br><br>**ORDER** |
| Brenda Simmons,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-02461-PHX DGC<br><br>**ORDER** |
| Cynthia Simpson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-00430-PHX DGC<br><br>**ORDER** |
| Helen Sinko,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-00496-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Shelly Sowers,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03157-PHX DGC<br><br>**ORDER** |
| Thomas Sparkman,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00216-PHX DGC<br><br>**ORDER** |
| Camillia Spradling,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00693-PHX DGC<br><br>**ORDER** |
| Jason Stansell,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01079-PHX DGC<br><br>**ORDER** |
| Patricia Strachota,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02071-PHX DGC<br><br>**ORDER** |
| Harold Street,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02572-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William Sullenger,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-01647-PHX DGC<br><br>**ORDER** |
| Vivian Thomas,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-02469-PHX DGC<br><br>**ORDER** |
| Lori Thompson,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-00290-PHX DGC<br><br>**ORDER** |
| Huston Thompson,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-02292-PHX DGC<br><br>**ORDER** |
| Sheryl Thornburg,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-02476-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Larhon Threalkill,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02185-PHX DGC<br><br>**ORDER** |
| Calvin Timberlake,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03999-PHX DGC<br><br>**ORDER** |
| Dallas Tracy,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01932-PHX DGC<br><br>**ORDER** |
| Jesse Trotman,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02452-PHX DGC<br><br>**ORDER** |
| Vincent Truslow,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01177-PHX DGC<br><br>**ORDER** |
| Clevon Turner,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02029-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William Turner,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV17-00270-PHX DGC<br><br>**ORDER** |
| Christopher Turner,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-03677-PHX DGC<br><br>**ORDER** |
| Jillaine Vandervelden,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-00389-PHX DGC<br><br>**ORDER** |
| Casey Varner,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-01425-PHX DGC<br><br>**ORDER** |
| Layla Viveros,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-00167-PHX DGC<br><br>**ORDER** |
| Linda Walker,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-02346-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kimberly Wall,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-03479-PHX DGC<br><br>**ORDER** |
| Ramie Walling,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV16-03679-PHX DGC<br><br>**ORDER** |
| Nicole Waters,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-01243-PHX DGC<br><br>**ORDER** |
| Mark Watkins,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-03373-PHX DGC<br><br>**ORDER** |
| William Watson,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV16-01838-PHX DGC<br><br>**ORDER** |
| David Weatherly,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-02787-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Karen Webb,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-00114-PHX DGC<br><br>**ORDER** |
| Vicki Wetzel,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV15-01667-PHX DGC<br><br>**ORDER** |
| Marty Wheeler,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-00889-PHX DGC<br><br>**ORDER** |
| Patricia White,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-04151-PHX DGC<br><br>**ORDER** |
| Natalie Whitehurst,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-02373-PHX DGC<br><br>**ORDER** |
| Marilyn Whiteman,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-00019-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Weldon Wiggins,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-03048-PHX DGC<br><br>**ORDER** |
| Cindy Wilhite,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-01933-PHX DGC<br><br>**ORDER** |
| Diana Wilkerson,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-02604-PHX DGC<br><br>**ORDER** |
| Tamika Williams,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV15-01956-PHX DGC<br><br>**ORDER** |
| Juanita Williams,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-01646-PHX DGC<br><br>**ORDER** |
| Carla Williams,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-00703-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jeffrey Wilson,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>              Defendants. | No.  CV16-01463-PHX DGC<br><br>**ORDER** |
| Ryan Wilson,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>              Defendants. | No.  CV16-00259-PHX DGC<br><br>**ORDER** |
| Nancy Wilson,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>              Defendants. | No.  CV19-02773-PHX DGC<br><br>**ORDER** |
| Beau Wilt,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>              Defendants. | No.  CV16-00394-PHX DGC<br><br>**ORDER** |
| Doris Winterbottom,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>              Defendants. | No.  CV16-02604-PHX DGC<br><br>**ORDER** |
| Nafeesah Wise,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>              Defendants. | No.  CV17-03329-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kimberly Wiser,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-03380-PHX DGC<br><br>**ORDER** |
| Donald Witt, Sr.,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-01851-PHX DGC<br><br>**ORDER** |
| Ronald Wolfe,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-04279-PHX DGC<br><br>**ORDER** |
| Denicole Young,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-00423-PHX DGC<br><br>**ORDER** |
| Siranosh Yousif,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-03744-PHX DGC<br><br>**ORDER** |
| Deborah Zalite,<br><br>          Plaintiff,<br><br>v.<br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-03045-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above

Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21017.

      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21017) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

      Dated this 30th day of December, 2019.

David G. Campbell
Senior United States District Judge